# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GIOLI, derivatively on behalf of THE WALT DISNEY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. CHAPEK, CHRISTINE M. MCCARTHY, ROBERT A. IGER, SUSAN E. ARNOLD, SAFRA A. CATZ, AMY L. CHANG, FRANCIS A. DESOUZA, MICHAEL B.G. FROMAN, MARIA ELENA LAGOMASINO, CALVIN R. MCDONALD, MARK G. PARKER, CAROLYN N. EVERSON,<br><br>KAREEM DANIEL, MARY T. BARRA, and DERICA W. RICE,<br><br>Defendants,<br><br>and<br><br>THE WALT DISNEY COMPANY,<br><br>Nominal Defendant. | Case No. 8:26-cv-00620-CBM-ASx<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY SHAREHOLDER DERIVATIVE ACTION [12]** |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1.      This action, 8:26-cv-00620 is hereby stayed in its entirety (including all discovery and Defendants' obligation to respond to any complaint) until the same time the stay is lifted in *In re The Walt Disney Company Stockholder Derivative Litigation*, Lead Case No. 2:23-cv-06389-CCM-ASx.

2.      Pursuant to Federal Rule of Civil Procedure 4(d), Defendants, through their counsel, hereby agree to accept and waive service of the Complaint.

3.      During the stay, Plaintiff may file an amended complaint, but Defendants need not answer, move, or otherwise respond thereto during the pendency of the stay.

4.      Any of the parties may request that the Court lift the stay upon good cause shown by giving the other Parties thirty (30) days' notice in writing that they believe that good cause exists to lift the stay and thereafter bringing the matter to the Court's attention and requesting that the stay be lifted.  The Parties reserve all rights to oppose such a request to lift the stay.

5.      If and when the stay of this Action is lifted, the Parties shall, within ten (10) days, submit a proposed schedule, including for Defendants' response(s), if any, to the complaint.

6.      Except as to service of process, the parties are not waiving any rights, claims, arguments or defenses of any kind, and no part of this stipulation shall be construed as a waiver of any rights, claims, arguments, or defenses.

IT IS SO ORDERED.

Dated: May 29, 2026

Honorable Consuelo B. Marshall
United States District Judge